No. 477. Tegtmeyer *v.* Tegtmeyer et al. December 14, 1942. The application for a stay is denied.

No. —, Original. Ex parte John Mosher. December 21, 1942. The motion for leave to file petition for writ of habeas corpus is denied.

No. —, Original. Ex parte H. L. Meyers. December 21, 1942. The motion for leave to file petition for writ of certiorari is denied.